UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:22-cv-21018-RNS

WINDY LUCIUS

    Plaintiff,

vs.

BAIRES HOLDINGS, LLC

    Defendant.

_____/

**<u>NOTICE OF SETTLEMENT FOR ALL PARTIES</u>**

Plaintiff WINDY LUCIUS ("Plaintiff"), hereby files this Notice of Settlement, and informs the Court as follows:

1. Plaintiff has reached an agreement with Defendant BAIRES HOLDINGS, LLC ("Defendant") to resolve the claims against them.

2. The parties are in the process of finalizing a confidential settlement agreement, and Plaintiff will be filing a Stipulation of Dismissal with the Court shortly.

    Respectfully submitted,

    */s/ J. Courtney Cunningham*
    J. Courtney Cunningham, Esq.
    J. COURTNEY CUNNINGHAM, PLLC
    FBN: 628166
    8950 SW 74th Court, Suite 2201
    Miami, FL 33156
    T:  305-351-2014
    cc@cunninghampllc.com

2

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on April 25, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system.

              */s/ J. Courtney Cunningham*
              J. Courtney Cunningham, Esq.